UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPI RAJAGOPAL,<br><br>Petitioner,<br><br>v.<br><br>STANISLAUS COUNTY SHERIFF,<br><br>Respondent. | No. 2:23-cv-2758 CKD P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to file an application to proceed in forma pauperis or pay the $5.00 filing fee.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 7) is granted.

2. Petitioner is granted thirty days from the date of this order in which to either file a completed application to proceed in forma pauperis or pay the $5.00 filing fee.  Failure to comply with this order will result in a recommendation that this action be dismissed.

3. The Clerk of the Court shall send petitioner an application to proceed in forma pauperis.

Dated:  December 28, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/raja2758.111